IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.                              CASE NO. 5:11-cv-179-RS-CJK

MARK SOWELL, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). No objections have been filed. The Report and Recommendation was returned as undelivered (Doc. 14); however, it is Plaintiff's responsibility to update his address with the Court. Therefore,

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**ORDERED** on February 8, 2013.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**